UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIAS A. MURDOCK,

    Plaintiff,

v.

RAMSEY COUNTY COMMUNITY CORRECTIONS DEPARTMENT, TIM CAREY, MAUREEN MUNSON, MATT NELSON, JASON RUDOLPH, RAMSEY COUNTY DISTRICT COURT, CRIMINAL DIVISION, CITY OF ST. PAUL DEPARTMENT OF PUBLIC SAFETY, BARB McMONIGAL, JEFFREY FISCHBACH, CHRISTINE ROZEK, CITY OF ST. PAUL POLICE DEPARTMENT, CITY OF ST. PAUL DEPARTMENT OF PUBLIC WORKS, CITY OF ST. PAUL MAYOR CHRIS COLEMAN, CITY OF ST. PAUL CITY COUNCIL ALL MEMBERS, CITY OF ST. PAUL ATTORNEYS, JOHN PENLAND, STEVEN HENG, ST. PAUL PIONEER PRESS, EMILY GURNON, and JASON HOPPIN,

    Defendants.

Civil No. 09-3001 (JMR/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2),

is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 29, 2009      <u>s/James M. Rosenbaum</u>
JAMES M. ROSENBAUM
United States District Judge